# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHAD A. COBURN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-15-642-G |
| | ) |
| **CHAD MILLER et al.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order issued this same date, the Court DISMISSES this matter without prejudice.

DATED and ENTERED this 27th day of March, 2019.

_____
CHARLES B. GOODWIN
United States District Judge